1  KENNETH H. WINE(#142385)
   Hallinan & Wine
2  345 Franklin Street
   San Francisco, CA  94102
3  Telephone:  (415) 621-2400

4  Counsel for MONA ABOUSHI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| UNITED STATES OF AMERICA, | ) | CR-07-00126 DLJ |
|---|---|---|
| | ) | CR-09-00333 DLJ  Related Cases |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] |
| v. | ) | ORDER RETURNING PASSPORT |
| | ) | AND PERMITTING TRAVEL |
| MONA ABOUSHI, | ) | |
| | ) | |
| Defendant. | ) | |

The parties hereby stipulate and request that the Court order the following:

1. That the Clerk of Court return to Defendant Mona Aboushi her passport; and

2. That Mona Aboushi be permitted to travel to Jordan, on or about June 23, 2009, for a family wedding for a two week period, so long as she provides Pretrial Services Officer Carol Mendoza with her itinerary prior to travel.

Dated: June 9, 2009            /s/ Kenneth Wine
                               Kenneth H. Wine

STIP/ORDER

DATED: June 9, 2009                    /s/   Maureen Bessette
                                       Maureen Bessette
                                       Assistant United States Attorney

**ORDER**

GOOD CAUSE APPEARING:

1. The Clerk of the Court shall return to Defendant Mona Aboushi her passport; and
2. Ms. Aboushi shall be permitted to travel to Jordan for a two week period beginning on or around June 23, 2009.
3. Ms. Aboushi shall provide her Pretrial Services Officer with her itinerary prior to travel.

SO ORDERED.

DATED:   June 10, 2009

                                       _____
                                       HON. D. LOWELL JENSEN
                                       United States District Court