1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Acting Chief, Criminal Division

4  KESLIE STEWART (CSBN 184090)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     San Francisco, California 94612
      Telephone: (510) 637-3680
7     Facsimile: (510) 637-3724
      E-Mail: Keslie.Stewart@usdoj.gov
8
   Attorneys for the United States of America
9

                    UNITED STATES DISTRICT COURT

                  NORTHERN DISTRICT OF CALIFORNIA

                         OAKLAND DIVISION


| UNITED STATES OF AMERICA, | ) | No. CR 09-00333 DLJ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER RE |
| v. | ) | CONTINUANCE OF SENTENCING |
| | ) | HEARING |
| MONA ABOUSHI, | ) | |
| Defendant. | ) | |
| | ) | |

   The above named defendant is currently scheduled for sentencing in this case on August 7, 2009. Given the complexity of the case and the volume of evidence, the Probation Officer has asked that the sentencing be continued to November 6, 2009, or as soon thereafter as the Court is

///

///

///

///

///

STIPULATION TO CONTINUE SENTENCING
CR 09-00333 DLJ

1  available. For this reason, the parties stipulate and jointly request that the sentencing be
2  continued to November 6, 2009.
3      I hereby attest that I have authorization to file this document on behalf of those
4  individuals whose signatures are indicated by a "conformed" signature (/S/) within this e-filed
5  document.
6  SO STIPULATED.

                                                JOSEPH P. RUSSONIELLO
                                                United States Attorney

9  Dated:   7/22/09                                    /s/
                                                KESLIE STEWART
10                                              Assistant United States Attorney

11 SO STIPULATED.
12 Dated:   7/22/09                                    /s/
                                                KENNETH H. WINE
13                                              Attorney for Defendant Basheer Ammari

15 **Sentencing set for 11/6/09 at 10:00 AM before Judge D. Lowell Jensen.**

17 IT IS SO ORDERED.

18 Dated: July 23, 2009
                                                THE HON. D. LOWELL JENSEN
19                                              United States District Court

STIPULATION TO CONTINUE SENTENCING
CR 09-00333 DLJ