1  KENNETH H. WINE(#142385)
   Hallinan & Wine
2  345 Franklin Street
   San Francisco, CA  94102
3  Telephone:  (415) 621-2400

4  Counsel for MONA ABOUSHI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| UNITED STATES OF AMERICA, | ) | CR-09-00333 DLJ |
|---|---|---|
| | ) | (related to CR-07-00126 DLJ) |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING SENTENCING DATE |
| | ) | |
| MONA ABOUSHI, | ) | |
| | ) | |
| Defendant. | ) | |

The parties hereby stipulate:

1. That the previously set sentencing date be continued, as the parties have not yet received the 35 day draft or the final Pre-Sentence Report, and need said report to adequately prepare for sentencing;

2. That the parties expect the Probation Department will have a draft report prepared by the end of December at the latest;

3. That the parties request a new sentencing date of January 29, 2010 at 10:00 a.m.

Dated: December 2, 2009                    /s/ Kenneth Wine
                                            Kenneth H. Wine

STIP/ORDER

1
2
3
4  DATED: December 2, 2009                    /s/   Keslie Stewart
                                              Keslie Stewart
5                                             Assistant United States Attorney
6
7
8                                    **ORDER**
9         GOOD CAUSE APPEARING:
10        The sentencing date for Defendant Mona Aboushi is hereby continued until January 29,
11  2010, at 10:00 a.m.
12        SO ORDERED.
13
14  DATED:  December 7, 2009        _____
                                    HON. D. LOWELL JENSEN
15                                  United States District Court
16
17
18
19
20
21
22
23
24
25
26

STIP/ORDER                                    2