KENNETH H. WINE(#142385)
Hallinan & Wine
345 Franklin Street
San Francisco, CA  94102
Telephone:  (415) 621-2400

Counsel for MONA ABOUSHI

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND VENUE

| UNITED STATES OF AMERICA, | ) CR-07-00126 DLJ (Related case) |
| --- | --- |
| Plaintiff, | ) CR-09-00333 DLJ |
| | ) |
| | ) STIPULATION AND ORDER |
| v. | ) CONTINUING SENTENCING |
| | ) HEARING DATE |
| MONA ABOUSHI, | ) |
| | ) |
| Defendant. | ) |

The parties hereby stipulate and request:

1. That the previously set sentencing date of January 29, 2010 be briefly continued, as the parties received the 35-day draft report over two weeks late, on January 13, 2010 due to inadvertence in service by the probation department, and that the parties need additional time to adequately resolve their differences, set forth objections, and prepare for sentencing;

2. That the parties request a new sentencing date of February 19, 2010 at 10:00 a.m., by which date the parties will have had adequate time to prepare for sentencing.

Dated: January 22, 2010                    /s/ Kenneth Wine
                                            Kenneth H. Wine

STIP/ORDER

1
2
3  DATED: January 22, 2010              /s/   Keslie Stewart
                                        Keslie Stewart
4                                       Assistant United States Attorney
5
6
7                                    **ORDER**
8           GOOD CAUSE APPEARING:
9           The sentencing date for Defendant Mona Aboushi is hereby continued until February 19,
10  2010, at 10:00 a.m.
11          SO ORDERED.
12
13  DATED:     January 25, 2010         _____
                                        HON. D. LOWELL JENSEN
14                                      United States District Court
15
16
17
18
19
20
21
22
23
24
25
26

STIP/ORDER                              2